THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT
BE CITED OR RELIED ON IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Anthony D. Pringle, Appellant.
 
 
 

Appeal From Sumter County
 Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2004-UP-377   
Submitted April 21, 2004  Filed June 17, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of 
 Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald 
 J. Zelenka, all of Columbia; and Solicitor Cecil Kelley Jackson, of Sumter, 
 for Respondents.
 
 
 

PER CURIAM:  Anthony Pringle reached a negotiated 
 plea with prosecutors, accepting a thirty-year sentence on a murder and other 
 charges. Pringle now appeals, alleging his plea was not voluntary. Counsel for 
 Pringle attached to the final brief a petition to be relieved as counsel. Pringle 
 did not file a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Pringles 
 appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 GOOLSBY, HOWARD, and BEATTY, JJ., concur.